**Order entered October 2, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00513-CR

**JARVOUS WAYNE WILLIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-00105-P**

## ORDER

Before the Court is appellant's September 30, 2019 motion entitled "Motion for Extension of Time to File Appeal" which is, in substance, a motion to extend time to file his brief. We **GRANT** the motion and **ORDER** the brief due by November 4, 2019.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE